FILED

AUG - 9 2024

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central _____ District of California
                    (State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an
  amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. **Debtor's name** | Irwin Naturals Inc. | |
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | Datinvest International Ltd. | |
| 3. **Debtor's federal Employer Identification Number (EIN)** | 8 8 – 1 8 1 1 8 7 3 | |

4. **Debtor's address**

| Principal place of business *see addition information below* | Mailing address, if different from principal place of business |
|---|---|
| 23000    Saddle Peak Road<br>Number    Street | 300    Corporate Pointe<br>Number    Street |
| | P.O. Box |
| Topanga         CA    90290<br>City              State   ZIP Code | Culver City      CA    90230<br>City              State   ZIP Code |
| Los Angeles<br>County | Location of principal assets, if different from principal place of business |
| | Number    Street |
| | City         State    ZIP Code |

*The CEO, the highest corporate officer of Debtor, and other key staff work out of the location at 23000 Saddle Peak Road, Topanga, CA 90290. There are other corporate locations, such as a smaller facility at 300 Corporate Point Walk, Suite 550, Culver City, CA 90230, which is a newer rental that has been leased by the company for only the last 60 days. The quantity of employees working out of the Topanga corporate location is 25% of the number of employees working out of the newer Culver City location. The Topanga location is the location where the CEO and other key staff work out of and it has been a long-term location of Irwin Naturals for more than 14 years. As the CEO, and Chairman of the Board of the Parent entity, will be highly involved in these proceedings, facilitating his ability to be present at a majority of the proceedings if of great importance to this matter.

5. **Debtor's website (URL)** ___ N/A

| Debtor | Irwin Naturals Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**6. Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

| 5 | 6 | 1 | 4 |

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor    Irwin Naturals Inc.                       Case number *(if known)* _____

Name

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No

☐ Yes.   District _____   When _____   Case number _____

If more than 2 cases, attach a separate list.

                     MM / DD / YYYY

         District _____   When _____   Case number _____

                     MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☑ Yes.   Debtor   see attached list.               Relationship   see attached list.

List all cases. If more than 1, attach a separate list.

         District   Central District of California        When _____

                                                    MM / DD / YYYY

         Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

         **Why does the property need immediate attention?** *(Check all that apply.)*

         ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

            What is the hazard? _____

         ☐ It needs to be physically secured or protected from the weather.

         ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

         ☐ Other _____

         **Where is the property?** _____

                              Number       Street

                              _____

                              City                            State ZIP Code

         **Is the property insured?**

         ☐ No

         ☐ Yes. Insurance agency _____

                 Contact name _____

                 Phone _____

**Statistical and administrative information**

| Debtor | Irwin Naturals Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49  ☐ 1,000-5,000  ☐ 25,001-50,000
☐ 50-99  ☐ 5,001-10,000  ☐ 50,001-100,000
☐ 100-199  ☐ 10,001-25,000  ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000  ☐ $1,000,001-$10 million  ☐ $500,000,001-$1 billion
☐ $50,001-$100,000  ☑ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000  ☐ $1,000,001-$10 million  ☐ $500,000,001-$1 billion
☐ $50,001-$100,000  ☑ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING –** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   8 - 9 - 2024
　　　　　　　MM / DD / YYYY

✗ _____     Klee Irwin
Signature of authorized representative of debtor     Printed name

Title   Chief Executive Officer

| Debtor | Irwin Naturals Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**18. Signature of attorney**

✗ _[signature]_

Signature of attorney for debtor

Date  08/09/2024

MM  / DD / YYYY

** I am executing this form as General Counsel for the Debtor in this matter. However, I am not the attorney of record in this proceeding. Due to the time sensitivity of this matter we have not been able to procure bankruptcy counsel at the time of this filing. We are diligently working on retaining adequate counsel for this matter, and will do so in short order. In this interim period Mr. Axelrod can receive communication and coordinate responses related to this proceeding.

Joseph Axelrod

Printed name

General Counsel, Irwin Naturals (** see disclaimer re: not attorney of record)

Firm name

300        Corporate Pointe Suite 550

Number        Street

Culver City                                    CA        90230

City                                                State        ZIP Code

(310) 306-3636 ext. 3822                    joseph@irwinnaturals.com

Contact phone                                    Email address

304052                                        CA

Bar number                                        State

**Attachment – Supplemental information for Section 10**

**Official Form 201**

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**

**Debtor:** Irwin Naturals, Inc. (British Columbia Corporation)

Affiliated Cases

1.

**Debtor:**  DAI US HoldCo, Inc. **Relationship:** Subsidiary

**District:** Central  **When:**  08/09/2024

**Case Number, if known** _____

2.

**Debtor:**  5310 Holdings, LLC  **Relationship:** Subsidiary

**District:** Central  **When:** 08/09/2024

**Case Number, if known** _____

3. **Debtor:**  Irwin Naturals  **Relationship:** Subsidiary

**District:** Central  **When:**  08/09/2024

**Case Number, if known** _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

**✗** _____

Signature of authorized representative of debtor    Printed name

Title **Klee Irwin, CEO**

---

**Fill in this information to identify the case:**

Debtor name __Irwin Naturals, Inc.__

United States Bankruptcy Court for the: __Central__ _____ District of __California__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

---

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | MNP, LLP 1021 W Hastings St. Suite 2200, Vancouver, British Columbia, V6E 0C3 | Victor Wong Victor.Wong@MNP.ca 778-374-2112 | Professional Services | See *** below | N/A | N/A | $124,457.92 |
| 2 | Clark Hill PLC 901 Main Street Dallas, TX 75202 | Sander Zagzebski 214-651-2091 szagzebski@clarkhill.com | Professional Services | See *** below | N/A | N/A | $41,639.00 |
| 3 | Generation IACP Inc 22 St. Clair Avenue East 18th Floor Toronto, ON M4T 2S3, Canada | Hoda Sadeghmanesh 416-915-5744 GenerationAR@generationfingroup.com | Professional Services | See *** below | N/A | N/A | $34,652.28 |
| 4 | Integral Wealth Securities 181 University Avenue Suite 1600, Toronto ON M5H 3mt, Canada | Elsa Chau 647-277-5542 elsa.chau@integralwealth.com | Professional Services | See *** below | N/A | N/A | $26,315.62 |
| 5 | Rod Kight 84 Walnut Street Suite 201 Asheville, NC 288014 | Rod Kight 828-255-9881 rod@cannabislaw.com | Professional Services | See *** below | N/A | N/A | $27,714.26 |
| 6 | Sheri Orlowitz 1325 Snell Isle NE St Petersburg, FL 33704 | Sheri Orlowitz 202-441-1665 sheri@artemisholdings.com | Professional Services | See *** below | N/A | N/A | $26,283.00 |
| 7 | Digital Media Innovations 770 North Halsted Street Suite 500 Chicago, IL 60642 | Billing Support 833-559-2635 billing.support@notified.com | Professional Services | See *** below | N/A | N/A | $11,367.00 |
| 8 | CSE Canadian Securities Exchange; 100 King Street Suite 7210, Toronto, ON M5X 1E1, Canada | Bonnie Lauer 416-572-2000 Bonnie.Lauer@theCSE.com | Trade Debt | See *** below | N/A | N/A | $4,695.15 |

Debtor    __Irwin Naturals, Inc._____    Case number (if known)_____
       Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Pushor Mitchell LLP<br>301-1665 Ellis Street<br>Kelowna, BC V1Y 2B3 | Keith Inman<br>250-869-1195<br>inman@pushormitchell.com | Professional Services | See *** below | N/A | N/A | $3,184.98 |
| 10 | Broadridge<br>2601-14th Avenue<br>Markham, ON L3R 0H9 | Firdosh Valsadia<br>800-353-0103 | Professional Services | See *** below | N/A | N/A | $418.35 |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

*** The status of each claim is currently under further review. This form shall be updated and amended upon such review as soon as practicable and without causing delay to the proceedings. The same shall apply to any other new information discovered by Debtor after this filing, subject to such review.

**Attachment – Supplemental Information for Official Form 201**

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**

**Authority for the filing of the Bankruptcy Petition**

**Debtor**: Irwin Naturals, Inc (British Columbia Corporation)

Attached hereto are the Written Consent Authorizing the Debtor's Petition:

1. "Omnibus Written Consent IRWIN NATURALS, INC., British Columbia Corporation, ("Parent") and Affiliated Entities."

I declare under penalty of perjury that the foregoing is true and correct.
Executed on _____
                    MM / DD / YYYY

**✗** _____
Signature of authorized representative of debtor Printed name
Title **Klee Irwin, CEO**

DocuSign Envelope ID: 1E584521-5933-40C9-9613-10C135F92CED

**Omnibus Written Consent**

**IRWIN NATURALS, INC., a British Columbia Corporation, ("Parent")**

**and Affiliated Entities**

**May 13, 2024**

**RECITALS:**

**WHEREAS,** the undersigned, being all of the board of directors, managers, or similar governing
body or the sole officer, sole member or sole managing member (each, an **"Authorizing Body"** and,
collectively, the **"Authorizing Bodies"**), as applicable, of each of the companies set forth on **Exhibit
A** attached hereto (each, a **"Company"** and collectively, the **"Companies"**), and each organized and
existing under the internal laws of the state of incorporation or formation, as applicable, as set forth in
each Company's applicable governing documents. Each Authorizing Body hereby takes the following
actions and adopts the following resolutions by written consent, pursuant to each Company's bylaws,
limited liability company agreement, or such similar governing document and the applicable laws of
the jurisdiction of incorporation or formation, as applicable, in which each Company is organized. It
is acknowledged that if any authorization is revoked for any of the Companies listed in Ex. A as set
forth herein, that revocation shall have no effect on this resolution's binding effect on Irwin Naturals,
Inc. a British Columbia Corporation ("Parent") or any other Company where authorization is not
revoked. To the extent allowable and in addition to its authorizing authority over Parent, the
authorization from Parent herein shall apply to each Company as if authorized by its Authorizing
Body.

**WHEREAS,** the Authorizing Body has reviewed and considered the financial and operational
condition of the Company and its subsidiaries, and the Company's business on the date hereof,
including the historical performance of the Company, the assets of the Company, the current and
long-term liabilities of the Company, the market for the Company's products and services, and credit
market conditions; and

**WHEREAS,** the Authorizing Body has received, reviewed and considered the recommendations of
the senior management of the Company and the Company's legal, financial and other advisors as to
the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of Title 11 of
the United States Code;

DocuSign Envelope ID: 1E584521-5933-40C9-9813-10C135F92CED

**NOW THEREFORE IT IS HEREBY RESOLVED THAT:**

**RESOLVED**, that, in the judgment of the Authorizing Body, it is desirable and in the best interests of the Company, its creditors, stockholders and other interested parties, that a voluntary petition (the **"Petition"**) be filed by the Company under the provisions of chapter 11 of Title 11 of the United States Code; and it is further

**RESOLVED**, that, in the judgment of the Authorizing Body, it is desirable and in the best interests of each of the Company's subsidiaries listed on Exhibit A attached hereto (the **"Filing Subsidiaries"**), their creditors, stockholders and other interested parties, that voluntary petitions be filed with the for each of the Filing Subsidiaries under the provisions of chapter 11 of Title 11 of the United States Code and any other petition for relief or recognition or other order that may be desirable under applicable law in the United States; and it is further

**RESOLVED**, that the Company shall be, and it hereby is, directed and authorized to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents, and to take any and all action which they deem reasonable, advisable, expedient, convenient, necessary or proper to obtain such relief; and it is further

**RESOLVED**, that Klee Irwin, in his capacity as Chief Executive Officer, Mark Green in his capacity as Chief Financial Officer, and each and every other officer of the Company and any of their designees (collectively the **"Designated Persons"**), be and each of them, acting alone or in any combination, hereby is authorized, directed and empowered, on behalf of and in the name of the Company, (i) to execute and verify the Petition as well as all other ancillary documents and to cause the Petition to be filed with the United States Bankruptcy Court

commencing a case (the **"Bankruptcy Case"**) and to make or cause to be made prior to the execution thereof any modifications to the Petition or ancillary documents, and (ii) to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; and it is further

**RESOLVED**, that the law firm of Greenberg Glusker Fields Claman & Machtinger, LLP and/or Lesnick, Prince and Pappas, LLP ,or any other law firm deemed to be fit by the Designated Persons (**"BK Counsel"**), and hereby is, authorized and empowered to represent the Company as bankruptcy counsel to represent and assist the Company in carrying out its duties under Title 11 of the United States Code, and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in the Bankruptcy Case; and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate

2

DocuSign Envelope ID: 1E584521-5933-40C9-9613-10C135F92CED

retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of BK Counsel; and it is further

**RESOLVED**, that the Designated Persons be and each of them, acting alone or in any combination, hereby is authorized, directed and empowered, on behalf of and in the name of the Company to employ any other individual and/or firm as professionals or consultants or financial advisors to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under Title 11 of the United States Code, and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination, hereby is authorized, directed and empowered, on behalf of and in the name of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of such firms; and it is further

**RESOLVED**, that the Designated Persons be and each of them, acting alone or in any combination, hereby is authorized and empowered, on behalf of and in the name of the Company, to obtain post-petition financing according to terms negotiated, or to be negotiated, by the management of the Company, including under debtor-in-possession credit facilities or relating to the use of cash collateral; and to enter into any guarantees and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreements; and in connection therewith, the Designated Persons are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents; and it is further

**RESOLVED**, that the Designated Persons be and each of them, acting alone or in any combination, hereby is authorized, directed and empowered, on behalf of and in the name of the Company, to secure the payment and performance of any post-petition financing by (i) (a) pledging or granting liens or mortgages on, or security interests in, all or any portion of the Company's assets, including all or any portion of the issued and outstanding capital stock, partnership interests, or membership interests of any subsidiaries of the Company, whether now owned or hereafter acquired, and (b) causing any subsidiary of the Company to pledge or grant liens or mortgages on, or security interests in, all or any portion of such subsidiary's assets, whether now owned or hereafter acquired, and (ii) entering into or causing to be entered into, including, without limitation, causing any subsidiaries of the Company to enter into, such credit agreements, guarantees, other debt instruments, security agreements, pledge agreements, control agreements, inter-creditor agreements, mortgages, deeds of trust, and other agreements as are necessary, appropriate or desirable to effectuate the intent of, or matters reasonably contemplated or implied by, this resolution in such form, covering such collateral and having such other terms and conditions as are approved or deemed necessary, appropriate, or

3

DocuSign Envelope ID: 1E584521-5933-40C9-9613-10C135F92CED

desirable by the officer executing the same, the execution thereof by such officer to be conclusive evidence of such approval or determination; and it is further

**RESOLVED**, that the Designated Persons be and each of them, acting alone or in any combination, hereby is authorized, directed and empowered on behalf of and in the name of the Company, to perform the obligations of the Company under Title 11 of the United States Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices and documents to be executed and delivered in such form, as the officer performing or executing the same shall approve, and the performance or execution thereof by such officer shall be conclusive evidence of the approval thereof by such officer and by the Company; and it is further

**RESOLVED**, that the Designated Persons be and each of them, acting alone or in any combination, hereby is authorized, directed and empowered on behalf of and in the name of the Company, to cause the Company to enter into, execute, deliver, certify, file, record and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, to pay all expenses, including filing fees, and to take such other actions, as in the judgment of such Designated Persons, shall be necessary, proper and desirable to prosecute to a successful completion the Bankruptcy Case and to effectuate the restructuring of the Company's debt, other obligations, organizational form and structure and ownership of the Company, all consistent with the foregoing resolutions and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and it is further

**RESOLVED**, that the Designated Persons be and each of them, acting alone or in any combination, is hereby authorized, directed and empowered, in the name and on behalf of the Company, to adopt resolutions and otherwise exercise the rights and powers of the Company as such Designated Person may deem necessary, appropriate or desirable (i) as a member or manager (however denominated) of the direct and indirect subsidiaries of the Company that are limited liability companies (if any), (ii) as general partner or limited partner of the direct and indirect subsidiaries of the Company that are limited partnerships (if any), and (iii) as a stockholder of the direct and indirect subsidiaries of the Company that are corporations (if any); and that thereupon such resolutions shall be deemed adopted as and for the resolutions of each such subsidiary of the Company; and it is further

**RESOLVED**, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts would have been approved by the foregoing resolutions except that such actions were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

4

DocuSign Envelope ID: 1E584521-5933-40C9-9613-10C135F92CED

*[Signature Page Follows]*

DocuSign Envelope ID: 1E584521-5933-40C9-9613-10C135F92CED

**IN WITNESS WHEREOF**, the undersigned have executed this consent effective as of the time that each of the undersigned have executed this consent.

IRWIN NATURALS, INC.

By: _____

Name: Klee Irwin, Chairman and Director

By: _____

Name: Luke Lokhorst, Director

By: _____

Name: Lyle Maxson, Director

DocuSign Envelope ID: 1E584521-5933-40C9-9613-10C135F92CED

## EXHIBIT A: FILING SUBSIDIARIES

5310 Holdings, LLC

DAI US HOLDCO INC.

Irwin Naturals, A Nevada Corporation

7

*[Signature Page to Omnibus Filing Resolutions]*

1

**5310 HOLDINGS, LLC**

By: Irwin Naturals, A Nevada Corporation

Its: Sole Member

By: _____

Name: Klee Irwin, Chief Executive Officer of
Irwin Naturals, A Nevada Corporation

2

**DAI US HOLDCO INC.**

By: Klee Irwin

Its: Sole Director, DAI US Holdco, Inc.

By:

**IRWIN NATURALS, A NEVADA CORPORATION**

By: Klee Irwin

Its: Sole Director, Irwin Naturals

By:

4

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Irwin Naturals, Inc., a British Columbia Corporation<br>300 Corporate Pointe, Suite 550<br>Culver City, CA 90230<br>joseph@irwinnaturals.com | |

☒ *Debtor(s) appearing without attorney*
☐ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br>Irwin Naturals, Inc., a British Columbia Corporation | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 2__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

(added by Debtor) Additionally, the master mailing list of creditors will continue to be under review and if any changes are needed, the master mailing list will be amended and submitted to the court as soon as practicable.

Date: ____F-8, 2024____     _____
Signature of Debtor 1

Date: _____     _____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____     _____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

BROADRIDGE
2601 14TH AVENUE
MARKHAM, ON L3R 0H9


CLARK HILL PLC
901 MAIN STREET STE 6000
DALLAS, TX 75202


CSE CANADIAN SECURITIES EXCHANGE
100 KING STREET WEST STE 7210
TORONTO, ON M5X 1E1


DIGITAL MEDIA INNOVATIONS, LLC
770 N HALSTEAD ST STE 500
CHICAGO, IL 60642


GENERATION IACP INC
22 ST CLAIR AVE EAST 18TH FLOOR
TORONTO, ON M4T 2S3


INTEGRAL WEALTH SECURITIES
181 UNIVERSITY AVE SUITE 1600
TORONTO, ON M5H 3MT


MNP LLP
1021 W HASTINGS ST STE 2200
VANCOUVER, BC V6E 0C3


PUSHOR MITCHELL LLP
301 1665 ELLIS STREET
KELOWNA, BC VIY 2B3

ROD KIGHT
100 S SKYLOFT DRIVE #104
ASHEVILLE, NC 28801


SHERI ORLOWITZ
1325 SNELL ISLE NE
ST PETERSBURG, FL 33704