| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DAVID M. POITRAS – Bar No. 141309<br>SUSAN K. SEFLIN – Bar No. 213865<br>JESSICA S. WELLINGTON – Bar No. 324477<br>BG LAW LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>Telephone: (818) 827-9000<br>Facsimile: (818) 827-9099<br>Email: dpoitras@bg.law<br>        sseflin@bg.law<br>        jwellington@bg.law<br><br>☐ *Individual appearing without attorney*<br>☒ Proposed *Attorney for:* Ch. 11 Debtors in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  San Fernando Valley Division**

| In re:<br>    Irwin Naturals et al.,<br><br>                                                           Debtor(s)<br>--------------------------------------------------------------------<br>In re:<br>    Irwin Naturals Inc.,<br>    5310 Holdings, LLC,<br>    DAI US HoldCo Inc.,<br><br>                                                           Debtor(s)<br>_____ | LEAD CASE NO.: 1:24-bk-11323-VK<br>CHAPTER: 11<br><br>JOINTLY ADMINISTERED WITH:<br>CASE NO.:  1:24-bk-11324-VK<br>CASE NO.:  1:24-bk-11325-VK<br>CASE NO.:  1:24-bk-11326-VK<br>CASE NO.:<br>CASE NO.:<br>☐ See attached for additional Case Numbers |
| ☒ Affects All Debtors<br>☐ Affects  Irwin Naturals<br>☐ Affects  Irwin Naturals Inc.<br>☐ Affects  5310 Holdings, LLC<br>☐ Affects  DAI US HoldCo Inc.<br>☐ See attached for additional Debtors<br><br>                                                           Debtor(s) | **NOTICE OF JOINT ADMINISTRATION OF CASES AND REQUIREMENTS FOR FILING DOCUMENTS**<br><br>**[LBR 1015-1]**<br><br>[No Hearing Required] |

TO: THE U.S. TRUSTEE AND ALL PARTIES IN THESE JOINTLY ADMINISTERED CASES:  An order was entered on (*date*) 08/14/2024    granting a motion to approve joint administration of cases pursuant to FRBP 1015 and LBR 1015-1, under the lead case indicated in the caption of this notice.

1. **Required Caption on Documents** – All documents filed must contain a caption in substantially the same format and content as the caption of this notice.

2. **Debtors Affected by a Filed Document** – All documents filed must indicate, by checking appropriate boxes, the debtor or debtors affected by the filed document.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*                                             Page 1                    F 1015-1.1.NOTICE.JOINT.ADMINISTRATION

3. **Filing Documents on Main Case Docket** – Unless indicated below in paragraph 4, all documents must be filed on the docket of the lead case indicated on the caption of this notice.

4. **Filing Proof of Claims on Docket of Individual Case** – Notwithstanding joint administration of these cases, creditors must file their respective proofs of claim as to the specific affected and applicable debtor using the case number and claim register for the specific affected and applicable debtor.

5. **Parties to File a Request to be Added to Courtesy NEF** – To facilitate notice and service of documents via Notice of Electronic Filing, all parties who previously electronically filed documents only in cases other than the lead case must promptly file in the lead case a Request to be Added to Courtesy Notice of Electronic Filings, using the court-approved form.

6. **Other**:

BG LAW LLP

Date: 08/19/2024    By: /s/ Jessica S. Wellington
                        Signature

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*    Page 2    F 1015-1.1.NOTICE.JOINT.ADMINISTRATION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367**.

A true and correct copy of the document(s) entitled**: NOTICE OF JOINT ADMINISTRATION OF CASES AND REQUIREMENTS FOR FILING DOCUMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the document(s) were served by the court via NEF and hyperlink to the document.  On **August 19, 2024,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Katherine Bunker**    kate.bunker@usdoj.gov
- **David W. Meadows**    david@davidwmeadowslaw.com
- **David M Poitras**    dpoitras@bg.law
- **Susan K Seflin**    sseflin@bg.law
- **Jonathan Seligmann Shenson**    jshenson@greenbergglusker.com, calendar@greenbergglusker.com; cmillerwatkins@greenbergglusker.com
- **Yuriko M Shikai**    yshikai@neufeldmarks.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov
- **Jessica Wellington**    jwellington@bg.law, ecf@bg.law

☐ Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL**:  On **August 19, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**\*\*JUDGE'S COPY NOT REQUIRED IF LESS THAN 25 PAGES (GENERAL ORDER 23-01).**

☒ Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 16, 2024,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 19, 2024 | Mela Galvan | /s/ Mela Galvan |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-1<br>Case 1:24-bk-11324-VK<br>Central District of California<br>San Fernando Valley<br>Mon Aug 19 14:40:43 PDT 2024 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P. O. Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P. O. Box 2952<br>Sacramento, CA 95812-2952 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Irwin Naturals Inc<br>300 Corporate Pointe<br>Culver City, CA 90230-7614 | LOS ANGELES COUNTY TREASURER AND TAX COLLE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 54110<br>LOS ANGELES CA 90054-0110 |
| OFFICE OF FINANCE  CITY OF LOS ANGELES<br>200 N SPRING ST RM 101 CITY HALL<br>LOS ANGELES CA 90012-3224 | Securities & Exchange Commission<br>444 South Flower St., Suite 900<br>Los Angeles, CA 90071-2934 | |
| BROADRIDGE<br>2601 14TH AVENUE<br>MARKHAM, ON L3R 0H9 | CLARK HILL PLC<br>901 MAIN STREET STE 6000<br>DALLAS, TX 75202-3748 | CSE CANADIAN SECURITIES EXCHANGE<br>100 KING STREET WEST STE 7210<br>TORONTO, ON M5X 1E1 |
| DIGITAL MEDIA INNOVATIONS, LLC<br>770 N HALSTEAD ST STE 500<br>CHICAGO, IL 60642-5999 | EAST WEST BANK<br>9300 FLAIR DRIVE 4TH FL<br>EL MONTE, CA 91731-2844 | GENERATION IACP INC<br>22 ST CLAIR AVE EAST 18TH FLOOR<br>TORONTO, ON M4T 2S3 |
| INTEGRAL WEALTH SECURITIES<br>181 UNIVERSITY AVE SUITE 1600<br>TORONTO, ON M5H 3MT | MNP LLP<br>1021 W HASTINGS ST STE 2200<br>VANCOUVER, BC V6E 0C3 | PUSHOR MITCHELL LLP<br>301 1665 ELLIS STREET<br>KELOWNA, BC VIY 2B3 |
| ROD KIGHT<br>100 S SKYLOFT DRIVE #104<br>ASHEVILLE, NC 28801-0106 | SHERI ORLOWITZ<br>1325 SNELL ISLE NE<br>ST PETERSBURG, FL 33704-2411 | |