| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>DAVID M. POITRAS – Bar No. 141309<br>SUSAN K. SEFLIN – Bar No. 213865<br>JESSICA S. WELLINGTON – Bar No. 324477<br>BG LAW LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>Telephone: (818) 827-9000<br>Facsimile: (818) 827-9099<br>Email: dpoitras@bg.law<br>    sseflin@bg.law<br>    jwellington@bg.law<br><br>☐ *Individual appearing without attorney*<br>☒ Proposed *Attorney for:* Ch. 11 Debtors in Possession | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - San Fernando Valley Division**

| In re:<br>    Irwin Naturals et al.,<br><br>                                                    Debtor(s)<br>------------------------------------------------------------------<br>In re:<br>    Irwin Naturals Inc.,<br>    5310 Holdings, LLC,<br>    DAI US HoldCo Inc.,<br><br>                                                    Debtor(s)<br>_____ | LEAD CASE NO.: 1:24-bk-11323-VK<br>CHAPTER: 11<br><br>JOINTLY ADMINISTERED WITH:<br>CASE NO.: 1:24-bk-11324-VK<br>CASE NO.: 1:24-bk-11325-VK<br>CASE NO.: 1:24-bk-11326-VK<br>CASE NO.:<br>CASE NO.:<br>☐ See attached for additional Case Numbers |
|---|---|
| ☒ Affects All Debtors<br>☐ Affects  Irwin Naturals<br>☐ Affects  Irwin Naturals Inc.<br>☐ Affects  5310 Holdings, LLC<br>☐ Affects  DAI US HoldCo Inc.<br>☐ See attached for additional Debtors<br><br>                                                    Debtor(s) | **NOTICE OF JOINT ADMINISTRATION OF CASES AND REQUIREMENTS FOR FILING DOCUMENTS**<br><br>**[LBR 1015-1]**<br><br>[No Hearing Required] |

TO: THE U.S. TRUSTEE AND ALL PARTIES IN THESE JOINTLY ADMINISTERED CASES:  An order was entered on (*date*) 08/14/2024    granting a motion to approve joint administration of cases pursuant to FRBP 1015 and LBR 1015-1, under the lead case indicated in the caption of this notice.

1. **Required Caption on Documents** – All documents filed must contain a caption in substantially the same format and content as the caption of this notice.

2. **Debtors Affected by a Filed Document** – All documents filed must indicate, by checking appropriate boxes, the debtor or debtors affected by the filed document.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*                                                Page 1                            F 1015-1.1.NOTICE.JOINT.ADMINISTRATION

3. **Filing Documents on Main Case Docket** – Unless indicated below in paragraph 4, all documents must be filed on the docket of the lead case indicated on the caption of this notice.

4. **Filing Proof of Claims on Docket of Individual Case** – Notwithstanding joint administration of these cases, creditors must file their respective proofs of claim as to the specific affected and applicable debtor using the case number and claim register for the specific affected and applicable debtor.

5. **Parties to File a Request to be Added to Courtesy NEF** – To facilitate notice and service of documents via Notice of Electronic Filing, all parties who previously electronically filed documents only in cases other than the lead case must promptly file in the lead case a Request to be Added to Courtesy Notice of Electronic Filings, using the court-approved form.

6. **Other**:

BG LAW LLP

Date: 08/19/2024      By: /s/ Jessica S. Wellington
                              Signature

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*                              Page 2                         F 1015-1.1.NOTICE.JOINT.ADMINISTRATION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367**.

A true and correct copy of the document(s) entitled**: NOTICE OF JOINT ADMINISTRATION OF CASES AND REQUIREMENTS FOR FILING DOCUMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the document(s) were served by the court via NEF and hyperlink to the document.  On **August 19, 2024,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Katherine Bunker**    kate.bunker@usdoj.gov
- **David W. Meadows**    david@davidwmeadowslaw.com
- **David M Poitras**    dpoitras@bg.law
- **Susan K Seflin**    sseflin@bg.law
- **Jonathan Seligmann Shenson**    jshenson@greenbergglusker.com, calendar@greenbergglusker.com; cmillerwatkins@greenbergglusker.com
- **Yuriko M Shikai**    yshikai@neufeldmarks.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov
- **Jessica Wellington**    jwellington@bg.law, ecf@bg.law

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On **August 19, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**\*\*JUDGE'S COPY NOT REQUIRED IF LESS THAN 25 PAGES (GENERAL ORDER 23-01).**

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 16, 2024,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 19, 2024 | Mela Galvan | /s/ Mela Galvan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing          DAI US HOLDCO INC                        Employment Development Dept.
0973-1                                   300 Corporate Point                      Bankruptcy Group MIC 92E
Case 1:24-bk-11326-VK                    Culver City, CA 90230-7614               P. O. Box 826880
Central District of California                                                    Sacramento, CA 94280-0001
San Fernando Valley
Mon Aug 19 14:48:36 PDT 2024

Franchise Tax Board                      Internal Revenue Service                 LOS ANGELES COUNTY TREASURER AND TAX COLLE
Bankruptcy Section MS: A-340             PO Box 7346                              ATTN BANKRUPTCY UNIT
P. O. Box 2952                           Philadelphia, PA  19101-7346             PO BOX 54110
Sacramento, CA  95812-2952                                                        LOS ANGELES CA  90054-0110


OFFICE OF FINANCE   CITY OF LOS ANGELES  Securities & Exchange Commission
200 N SPRING ST RM 101 CITY HALL         444 South Flower St., Suite 900
LOS ANGELES CA  90012-3224               Los Angeles, CA  90071-2934


EAST WEST BANK                           MASSACHUSETTS DEPARTMENT OF REVENUE
9300 FLAIR DRIVE 4TH FL                  Attn: Bankruptcy Unit
EL MONTE, CA  91731-2844                 PO BOX 7090
                                         BOSTON, MA  02204-7090, MA  02204
```