DAVID M. POITRAS – Bar No. 141309
SUSAN K. SEFLIN - Bar No. 213865
JESSICA S. WELLINGTON - Bar No. 324477
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:  (818) 827-9099
Email:      dpoitras@bg.law
            sseflin@bg.law
            jwellington@bg.law

Proposed Attorneys for Chapter 11 Debtor and
Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>Irwin Naturals, Inc.,<br><br>                Debtor and Debtor<br>                in Possession. | Case No. 1:24-bk-11324-VK<br><br>Chapter 11<br><br>**SUBMISSION OF IRWIN NATURALS, INC.'S SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS AND RESERVATION OF RIGHTS** |

Irwin Naturals, Inc., the chapter 11 debtor and debtor in possession herein (the "Debtor"), hereby submits the following Schedules of Assets and Liabilities (collectively, the "Schedules") and Statement of Financial Affairs ("SOFA"):

       1.      Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

       2.      Schedule A/B: Assets – Real and Personal Property (Official Form 206 A/B)

       3.      Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206(D)

3008031

4.      Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206 E/F)

5.      Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

6.      Schedule H: Codebtors (Official Form 206H)

7.      Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form 202)

8.      Statement of Financial Affairs for Non-Individuals (Official Form 207)

## **RESERVATION OF RIGHTS**

The Debtor reserves its rights to amend or supplement the Schedules or SOFA as necessary. While the Debtor and its management have put forth considerable effort to ensure that the Schedules and SOFA are accurate and complete, inadvertent errors may exist and/or subsequent receipt of information may result in further amendments or supplements to the Schedules or SOFA.  The information contained in the Schedules and SOFA is unaudited.

Dated: September 23, 2024                                          Respectfully Submitted,

BG Law LLP

 _/s/ Susan K. Seflin_
Susan K. Seflin
Proposed Attorneys for Chapter 11
Debtors in Possession

2

3008031

**Fill in this information to identify the case:**

Debtor name: **Irwin Naturals, Inc.**

United States Bankruptcy Court for the **Central** Division, District of **California**

Case number (If known): **24-11324**

☐ **Check if this is an amended filing**

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B

   $ 0.00

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B

   $ 58,212.27

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B

   $ 58,212.27

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property:*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

   $ 18,651,960.01

3. ***Schedule E/F: Creditors Who Have Unsecured Claims:*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F

   $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F

   + $ 334,780.06

4. **Total liabilities:**
   Lines 2 + 3a + 3b

   $ 18,986,740.07

**Fill in this information to identify the case:**

Debtor name: Irwin Naturals, Inc.

United States Bankruptcy Court for the **Central** Division, District of **California**

Case number (If known): 24-11324

☐ Check if this is an amended
filing

Official Form 206A/B

# Schedule A/B: Assets Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

**1 . Does the debtor have any cash or cash equivalents?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2 . Cash on hand**

**3 . Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | East West Bank | Deposit and Disbursement Account | 4072 | $58,212.27 |

**4 . Other cash equivalents (Identify all)**

**5 . Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$ 58,212.27

**Part 2:    Deposits and prepayments**

**6 . Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**7 . Deposits, including security deposits and utility deposits**

**8 . Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

**9 . Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 0.00

---

**Part 3:**    **Accounts receivable**

**10 . Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11 . Accounts receivable**

11 a. 90 days old or less:    _____ - _____ = → _____

         face amount             doubtful or uncollectible accounts

11 b. Over 90 days old:    _____ - _____ = → _____

         face amount             doubtful or uncollectible accounts

**12 . Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 0.00

---

**Part 4:**    **Investments**

**13 . Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14 . Mutual funds or publicly traded stocks not included in Part 1**

**15 . Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | Name of entity: | % of ownership: | |
|---|---|---|---|
| 15.1. | DAI US HoldCo, Inc. | 100 | Undetermined |
| 15.2. | Irwin Naturals Cannabis, Inc. | 100 | Undetermined |

**16 . Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

**17 . Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| Undetermined |
|---|

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18 . Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19 . Raw materials**

**20 . Work in progress**

**21 . Finished goods, including goods held for resale**

**22 . Other inventory or supplies**

**23 . Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| $ 0.00 |
|---|

**24 . Is any of the property listed in Part 5 perishable?**

☐ No.

☐ Yes.

**25 . Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

**26 . Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☐ No.
- ☐ Yes.

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

---

**27 . Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
- ☑ No. Go to Part 7.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28 . Crops—either planted or harvested**

**29 . Farm animals Examples: Livestock, poultry, farm-raised fish**

**30 . Farm machinery and equipment (Other than titled motor vehicles)**

**31 . Farm and fishing supplies, chemicals, and feed**

**32 . Other farming and fishing-related property not already listed in Part 6**

**33 . Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.                    $ 0.00

**34 . Is the debtor a member of an agricultural cooperative?**
- ☐ No.
- ☐ Yes. Is any of the debtor's property stored at the cooperative?

**35 . Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No.
- ☐ Yes. Is any of the debtor's property stored at the cooperative?

**36 . Is a depreciation schedule available for any of the property listed in Part 6?**
- ☐ No.
- ☐ Yes.

**37 . Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ☐ No.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38 . Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39 . Office furniture**

**40 . Office fixtures**

**41 . Office equipment, including all computer equipment and communication systems equipment and software**

**42 . Collectibles Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles**

**43 . Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.    $ 0.00

**44 . Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No.
☐ Yes.

**45 . Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No.
☐ Yes.

**Part 8:** **Machinery, equipment, and vehicles**

**46 . Does the debtor own or lease any machinery, equipment, or vehicles?**
☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, mode, and identification numbers (i.e VIN, HIN) | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**48 . Watercraft, trailers, motors, and related accessories Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels**

**49 . Aircraft and accessories**

**50 . Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51 . Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $ 0.00 |
| --- |

**52 . Is a depreciation schedule available for any of the property listed in Part 8?**

- ☐ No.
- ☐ Yes.

**53 . Has any of the property listed in Part 8 been appraised by a professional within the last year?**

- ☐ No.
- ☐ Yes.

| **Part 9:** | **Real property** |
| --- | --- |

**54 . Does the debtor own or lease any real property?**

- ☑ No. Go to Part 10.
- ☐ Yes. Fill in the information below.

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

**55 . Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

**56 . Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $ 0.00 |
| --- |

**57 . Is a depreciation schedule available for any of the property listed in Part 9?**

- ☐ No.
- ☐ Yes.

**58 . Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59 . Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

**60 . Patents, copyrights, trademarks, and trade secrets**

**61 . Internet domain names and websites**

**62 . Licenses, franchises, and royalties**

**63 . Customer lists, mailing lists, or other compilations**

**64 . Other intangibles, or intellectual property**

**65 . Goodwill**

**66 . Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

**67 . Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**

☐ No.

☐ Yes.

**68 . Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No.

☐ Yes.

**69 . Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

| Part 11: | All other assets |
|---|---|

**70 . Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

**71 . Notes receivable**

**72 . Tax refunds and unused net operating losses (NOLs)**

**73 . Interests in insurance policies or annuities**

**74 . Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1.  See attached Exhibit AB74                                                                 Unknown

**Nature of claim**

**Amount requested**  $75,800,000.00

**75 . Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76 . Trusts, equitable or future interests in property**

**77 . Other property of any kind not already listed Examples: Season tickets, country club membership**

77.1.  Intercompany loan to Irwin Naturals Cannabis, Inc.                                          $0.00

*The intercompany loan balance from Irwin Naturals, Inc. to Irwin Naturals Cannabis, Inc. as of August 9, 2024 is $1,788,768.97. This amount is offset by the liability created on the other side of the loan, once the financials are consolidated, and therefore the Debtor does not recognize a value for such transaction*

**78 . Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                                     $ 0.00

**79 . Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

---

**Part 12:  Summary**

---

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80 . Cash, cash equivalents, and financial assets. Copy line 5, Part 1.** | $ 58,212.27 | |

**81 . Deposits and prepayments. Copy line 9, Part 2.**   $ 0.00

**82 . Accounts receivable. Copy line 12, Part 3.**   $ 0.00

**83 . Investments. Copy line 17, Part 4.**   Undetermined

**84 . Inventory. Copy line 23, Part 5.**   $ 0.00

**85 . Farming and fishing-related assets.Copy line 33, Part 6.**   $ 0.00

**86 . Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7.**   $ 0.00

**87 . Machinery, equipment, and vehicles. Copy line 51, Part 8.**   $ 0.00

**88 . Real property. Copy line 56, Part 9.**   $ 0.00

**89 . Intangibles and intellectual property.Copy line 66, Part 10.**   $ 0.00

**90 . All other assets. Copy line 78, Part 11.**   $ 0.00

**91 . Total. Add lines 80 through 90 for each column.**   91a. $ 58,212.27   + 91b. $ 0.00

**92 . Total of all property on Schedule A/B. Lines 91a + 91b = 92**   58,212.27

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 11, QUESTION 74

## CAUSES OF ACTION AGAINST THIRD PARTIES

**Irwin Naturals, Inc.**
**Case No. 24-11324**
**Schedule AB-74: Causes of action against third parties (whether or not a lawsuit has been filed)**

| Causes of action against third parties (whether or not a lawsuit has been filed) | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| Recission of Purchase Agreeement; Breach of Contract | Breach of contract claims against Zohar Levites, the former owner of a medical clinic that IN Can was a party to the purchase agreement along with Iriwn Naturals Emergence. | $800,000.00 | Unknown |
| Breach of Contract; Breach of the Covenant of Good Faith and Fair Dealing; Tortious Interference with Contractual Relations Against Defendant EWB; Tortious Interference with Prospective Economic Relations; Fraud [or Fraudulent Misrepresentation; Economic Duress; Equitable Subordination; Breach of Fiduciary Duty; Unfair Competition Law claims | Actions based in Lender Liability claims against East West Bank and FTI consulting | $75,000,000.00 | Unknown |
| **Grand Total** | | **$75,800,000.00** | **$0.00** |

Fill in this information to identify the case:

Debtor name: **Irwin Naturals, Inc.**

United States Bankruptcy Court for the **Central** Division, District of **California**

Case number (If known): **24-11324**

☐ **Check if this is an amended filing**

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property        12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **Creditor's name**<br>East West Bank<br>**Creditor's mailing address**<br>135 N Robles Ave, 3rd Fl , Pasadena, CA 91101<br>**Creditor's email address, if known**<br><br>**Date debt was incurred**<br>**Last 4 digits of account number**     9 8 7 N<br>**Do multiple creditors have an interest in the same property?**<br>☐ No.<br>☑ Yes. Have you already specified the relative priority?<br>  ☑ No. Specify each creditor, including this creditor, and its relative priority.<br>  ☐ Yes. The relative priority of creditors is specified on lines | **Describe debtor's property that is subject to a lien**<br>All inventory, equipment and accounts, chattel paper, instruments (including but not limited to all promissory notes), letter-of-credit rights, letters of credit, documents, deposit accounts, investment property,money, other rights to payment and perform<br>**Describe the lien**<br>PPSA Security Agreement Filed under the Personal Property Security Act in British Columbia Canada,<br>**Is the creditor an insider or related party?**<br>☐ No.<br>☑ Yes.<br>**Is anyone else liable on this claim?**<br>☐ No.<br>☑ Yes. Fill out Schedule H. Codebtors (Official Form 206H).<br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | $18,651,960.01 | Unknown |
| **3.**  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | | $18,651,960.01 | |

Official Form 206D                 **Schedule D: Creditors Who Have Claims Secured by Property**                 Page 1 of 3

Debtor _____
        Name

| Part 1: | Additional Page | | Column A | Column B |
| | | | Amount of claim | Value of collateral that |
| | | | Do not deduct the value of | supports this claim |
| | | | collateral | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** Creditor's name

East West Bank, as agent

**Creditor's mailing address**

for East West Bank & CFG Bank, 135 N Robles Ave, Pasadena, CA 91101

**Creditor's email address, if known**

_____

**Date debt was incurred**

_____

**Last 4 digits of account number**        1 2 9 P

**Do multiple creditors have an interest in the same property?**

☐ No.

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

For Notice Purposes Only; All assets and all personal property of Debtor, whether now owned or exisitng hereafter acquired or coming into existence, including any and all proceeds and products of the foregoing.

**Describe the lien**

PPSA Security Agreement Filed under the Personal Property Security Act in British Columbia Canada,

**Is the creditor an insider or related party?**

☐ No.

☑ Yes.

**Is anyone else liable on this claim?**

☐ No.

☑ Yes. Fill out Schedule H. Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

☑ Unliquidated

☑ Disputed

| Unknown | Unknown |

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | Page 2 of 3 |

Debtor    _____    Case number (if known) _____
          Name

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td colspan="2">Debtor name: <strong>Irwin Naturals, Inc.</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the <strong>Central</strong> Division, District of <strong>California</strong></td></tr>
<tr><td colspan="2">Case number (If known): <strong>24-11324</strong></td></tr>
</table>

☐ **Check if this is an amended filing**

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:**     List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims? (See 11 U.S.C§ 507).**       *As of the petition date there were employees/contractors that had unpaid wages.*
☐  No. Go to Part 2.                                                *These amounts were paid pursuant to the Wage Motion Docket Number 20 and the*
☑  Yes. Go to line 2.                                                *Final Wage Order Docket Number 35.*

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1

| | | | | Total Claim | Priority Amount |
|---|---|---|---|---|---|

**2.1** | **Priority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $0.00 | $0.00 |

**2.1**
**Priority creditor's name and mailing address**
California Dept of Tax & Fee Administration (CDTFA)
Account Information Group, MIC 29
P.O. Box 942879
Sacramento, CA 94279-0029
**Date or dates debt was incurred**

  Last 4 digits of account number    __ __ __ __

  Specify Code subsection of PRIORITY unsecured claim: 11
  U.S.C. § 507(a) _____

For notice purposes

**As of the petition filing date, the claim is:**
Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑  No.
☐  Yes.

Total Claim: $0.00      Priority Amount: $0.00

**2.2**
**Priority creditor's name and mailing address**
Canada Revenue Agency
Prince Edward Island Tax Ctr
275 Pope Rd
Summerside, PE C1N 6A2
Canada
**Date or dates debt was incurred**

  Last 4 digits of account number    __ __ __ __

  Specify Code subsection of PRIORITY unsecured claim: 11
  U.S.C. § 507(a) _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐  Contingent
☐  Unliquidated
☐  Disputed
**Basis of claim:**
Taxes
**Is the the claim subject to offset?**
☑  No.
☐  Yes.

Total Claim: $0.00      Priority Amount: $0.00

| **Part 1:** | **Additional Page** | | | |
|---|---|---|---|---|
| | Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | **Total claim** | **Priority amount** |

**2.3** Priority creditor's name and mailing address
City of Los Angeles Tax Collector
Office of Finance Special Desk Unit
200 N Spring St, Rm 101
Los Angeles, CA 90012
**Date or dates debt was incurred**

Last 4 digits of account number    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11
U.S.C. § 507(a) _____

For notice purposes

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Taxes
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00    $0.00

---

**2.4** Priority creditor's name and mailing address
Employment Development Dept
P.O. Box 826880
MIC 92E
Sacramento, CA 94280-0001
**Date or dates debt was incurred**

Last 4 digits of account number    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11
U.S.C. § 507(a) _____

For notice purposes

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Taxes
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00    $0.00

---

**2.5** Priority creditor's name and mailing address
Franchise Tax Board
Business Entity Bankruptcy MS A345
P.O. Box 2952
Sacramento, CA 95812-2952
**Date or dates debt was incurred**

Last 4 digits of account number    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11
U.S.C. § 507(a) _____

For notice purposes

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Taxes
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00    $0.00

---

**2.6** Priority creditor's name and mailing address
IRS
P.O. Box 7346
Philadelphia, PA 19101-7346
**Date or dates debt was incurred**

Last 4 digits of account number    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11
U.S.C. § 507(a) _____

For notice purposes

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Taxes
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00    $0.00

---

**2.7** Priority creditor's name and mailing address
Los Angeles County Treasurer & Tax Collector
225 N Hill St, Ste 1
Los Angeles, CA 90012
**Date or dates debt was incurred**

Last 4 digits of account number    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11
U.S.C. § 507(a) _____

For notice purposes

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Taxes
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00    $0.00

---

**2.8** Priority creditor's name and mailing address
Nevada Dept of Taxation
555 E Washington Ave, Ste 1300
Las Vegas, NV 89101
**Date or dates debt was incurred**

Last 4 digits of account number    __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11
U.S.C. § 507(a) _____

For notice purposes

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis of claim:
Taxes
Is the the claim subject to offset?
☑ No.
☐ Yes.

$0.00    $0.00

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims,
fill out and attach the Additional Page of Part 2

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $418.35 |
|---|---|---|---|

Broadridge
Attn: Firdosh Valsadia
2601-14th Ave
Markham, ON L3R 0H9
Canada

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $41,639.00 |
|---|---|---|---|

Clark Hill PLC
Attn: Sander Zagzebski
901 Main St, Ste 6000
Dallas, TX 75202

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,695.15 |
|---|---|---|---|

Cse Canadian Securities Exchange
Attn: Bonnie Lauer
100 King St W, Ste 7210
Toronto, ON M5X 1E1
Canada

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,367.00 |
|---|---|---|---|

Digital Media Innovations, LLC
Attn: Billing Support
770 N Halstead St, Ste 500
Chicago, IL 60642

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $36,400.00 |
|---|---|---|---|

EMA Anesthesia
PO Box 198193
Louisville, KY 40259

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
**Basis of claim:**
Pending Litigation
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $58,279.58 |
|---|---|---|---|

Generation Iacp Inc
Attn: Hoda Sadeghmanesh
22 St Clair Ave E, 18th Fl
Toronto, ON M4T 2S3
Canada

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

| | | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

**3.7** Nonpriority creditor's name and mailing address
Integral Wealth Securities
Attn: Elsa Chau
181 University Ave, Ste 1600
Toronto, ON M5H 3MT
Canada

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$36,740.82

---

**3.8** Nonpriority creditor's name and mailing address
Mnp Llp
Attn: Victor Wong
1021 W Hastings St, Ste 2200
Vancouver, BC V6E 0C3
Canada

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$124,457.92

---

**3.9** Nonpriority creditor's name and mailing address
Pushor Mitchell LLP
Attn: Keith Inman
301-1665 Ellis St
Kelowna, BC VIY 2B3
Canada

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$3,184.98

---

**3.10** Nonpriority creditor's name and mailing address
Rod Kight
100 S Skyloft Dr, Ste 104
Asheville, NC 28801

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$27,714.26

---

**3.11** Nonpriority creditor's name and mailing address
Sheri Orlowitz
1325 Snell Isle NE
St Petersburg, FL 33704

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis of claim:**
Trade Payable
**Is the the claim subject to offset?**
☑ No.
☐ Yes.

$26,283.00

---

**Part 3:** List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for debts listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

Debtor _____
            Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5.a **Total claims from Part 1.** | 5a |  | $0.00 |
| 5.b **Total claims from Part 2.** | 5b | + | $371,180.06 |
| 5.c **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c | 5c | + | $371,180.06 |

**Fill in this information to identify the case:**

Debtor name: **Irwin Naturals, Inc.**

United States Bankruptcy Court for the **Central** Division, District of **California**

Case number (If known):   **24-11324**

☐ **Check if this is an amended filing**

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| Fill in this information to identify the case: |
| --- |
| Debtor name: **Irwin Naturals, Inc.** |
| United States Bankruptcy Court for the **Central** Division, District of **California** |
| Case number (If known): **24-11324** |

☐ **Check if this is an amended filing**

## Official Form 206H

# Schedule H: Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes.

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | Klee Irwin | 300 Corporate Pointe, Ste 550<br>Culver City, CA 90230 | Rod Kight | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 | Klee Irwin | 300 Corporate Pointe, Ste 550<br>Culver City, CA 90230 | Sheri Orlowitz | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 | Serenity Health LLC | 300 Corporate Pointe, Ste 550<br>Culver City, CA 90230 | Ema Anesthesia, Psc | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 | Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550<br>Culver City, CA 90230 | Ema Anesthesia, Psc | ☐ D<br>☑ E/F<br>☐ G |
| 2.5 | Irwin Naturals Cannabis, Inc | 123 W Nye Ln, Ste 129<br>Carson City, NV 89706 | East West Bank, As Agent | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550<br>Culver City, CA 90230 | East West Bank, As Agent | ☑ D<br>☐ E/F<br>☐ G |
| 2.7 | Serenity Health LLC | 300 Corporate Pointe, Ste 550<br>Culver City, CA 90230 | East West Bank, As Agent | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 | Midwest Ketafusion, LLC | 300 Corporate Pointe, Ste 550<br>Culver City, CA 90230 | East West Bank, As Agent | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | KHC Capital Group, LLC | 300 Corporate Pointe, Ste 550<br>Culver City, CA 90230 | East West Bank, As Agent | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 | Ketamine Management, LLC | 300 Corporate Pointe, Ste 550<br>Culver City, CA 90230 | East West Bank, As Agent | ☑ D<br>☐ E/F<br>☐ G |

Debtor _____
Name

**Additional Page if Debtor Has More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.11 | Ketamine Health Centers of Weston, LLC | 300 Corporate Pointe, Ste 550 Culver City, CA 90230 | East West Bank, As Agent | ☑ D<br>☐ E/F<br>☐ G |
| 2.12 | Ketamine Health Centers, LLC | 300 Corporate Pointe, Ste 550 Culver City, CA 90230 | East West Bank, As Agent | ☑ D<br>☐ E/F<br>☐ G |
| 2.13 | Ketamine Health Centers of Orlando, LLC | 300 Corporate Pointe, Ste 550 Culver City, CA 90230 | East West Bank, As Agent | ☑ D<br>☐ E/F<br>☐ G |
| 2.14 | Ketamine Health Center of Bonita Springs, LLC | 300 Corporate Pointe, Ste 550 Culver City, CA 90230 | East West Bank, As Agent | ☑ D<br>☐ E/F<br>☐ G |
| 2.15 | Ketamine Health Centers of West Palm Beach, L | 300 Corporate Pointe, Ste 550 Culver City, CA 90230 | East West Bank, As Agent | ☑ D<br>☐ E/F<br>☐ G |
| 2.16 | Keta Media, LLC | 300 Corporate Pointe, Ste 550 Culver City, CA 90230 | East West Bank, As Agent | ☑ D<br>☐ E/F<br>☐ G |
| 2.17 | DAI US HoldCo, Inc | 300 Corporate Pointe, Ste 550 Culver City, CA 90230 | East West Bank, As Agent | ☑ D<br>☐ E/F<br>☐ G |
| 2.18 | Irwin Naturals | 300 Corporate Pointe, Ste 550 Culver City, CA 90230 | East West Bank, As Agent | ☑ D<br>☐ E/F<br>☐ G |
| 2.19 | 5310 Holdings, LLC | 300 Corporate Pointe, Ste 550 Culver City, CA 90230 | East West Bank, As Agent | ☑ D<br>☐ E/F<br>☐ G |

Debtor name: **Irwin Naturals, Inc.**

United States Bankruptcy Court for the **Central** Division, District of **California**

Case number (If known): **24-11324**

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. 152, 1341, 1519, and 3571.**

███    **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets-Real and Personal Property*    (Official Form 206 A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property*    (Official Form 206 D)
- ☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*    (Official Form 206 E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases*    (Official Form 206 G)
- ☑ *Schedule H: Codebtors*    (Official Form 206 H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals*    (Official Form 206Sum)
- ☐ *Amended Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
- ☐ *Other document that requires a declaration*

I, the CEO of the Irwin Naturals, Inc., declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 25 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

| | | | |
|---|---|---|---|
| Executed on: | Monday, September 23rd, 2024 | Signature | /s/ Klee Irwin |
| | MM / DD / YYYY | | |
| | | Printed Name | Klee Irwin |
| | | Title | CEO |

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name: <b>Irwin Naturals, Inc.</b></td></tr>
<tr><td>United States Bankruptcy Court for the <b>Central</b> Division, District of <b>California</b></td></tr>
<tr><td>Case number (If known): <b>24-11324</b></td></tr>
</table>

☐ **Check if this is an amended filing**

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        **04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:    Income**

**1. Gross revenue from business**

☑ **None**

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ **None**

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers including expense reimbursements to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ **None**

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. See attached Exhibit SOFA3<br>Creditor's name<br><br>Street<br><br>City    State    ZIP Code | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31)

☐ **None**

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. See attached Exhibit SOFA4<br>Insider's name<br><br>Street<br><br>City    State    ZIP Code<br>**Relationship to debtor** | | $ | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6

☑ **None**

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt

☑ **None**

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case

☐ **None**

| | Case title | Nature of case | Court or agency's name and address | | | Status of case |
|---|---|---|---|---|---|---|
| 7.1 | EMA Anesthesia v. Irwin Naturals Emergence, et al. | Enforcement of Judgment | Superior Court of California, County of Los Angeles | | | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | | Name | | | |
| | 24SMCP00287 | | 1725 Main St. | | | |
| | | | Street | | | |
| | | | Santa Monica | CA | 90401 | |
| | | | City | State | ZIP Code | |
| 7.2 | EMA Anesthesia v. Serenity Health, LLC, et al. | Breach of Contract between a Service Provide and Serenity Health, LLC. | Commonwealth of Kentucky, Jefferson County Circuit Court, Division 1, Business Court Docket | | | ☐ Pending ☐ On appeal ☑ Concluded |
| | **Case number** | | Name | | | |
| | 23CI-0612 | | Division 1, Business Court Docket, 600 W. Jefferson S. | | | |
| | | | Street | | | |
| | | | Louisville | KY | 40202 | |
| | | | City | State | ZIP Code | |
| 7.3 | East West Bank v. Irwin Naturals, et al. | Breach of Contract (never formally served prior to dismissal) | Superior Court of California, County of Los Angeles | | | ☐ Pending ☐ On appeal ☑ Concluded |
| | **Case number** | | Name | | | |
| | 24STCV12034 | | 312 N Spring St. | | | |
| | | | Street | | | |
| | | | Los Angeles | CA | 90012 | |
| | | | City | State | ZIP Code | |
| 7.4 | Confidential Arbitration | Dispute over the acquisition agreement and representations made related to an acquisition. | JAMS | | | ☐ Pending ☐ On appeal ☑ Concluded |
| | **Case number** | | Name | | | |
| | 5340000506 | | 18881 Von Karman Ave, Ste 350 | | | |
| | | | Street | | | |
| | | | Irvine | CA | 92612 | |
| | | | City | State | ZIP Code | |
| 7.5 | Juan C. Afable, et al. v. Irwin Naturals Emergence, Inc., et al. | Breach of Contract case over the non-payment of promissory note related to an acquisition. | United States District Court, Northern District of Illinois, Eastern Division | | | ☐ Pending ☐ On appeal ☑ Concluded |
| | **Case number** | | Name | | | |
| | 1:23–cv–04232 | | 219 S. Dearborn St | | | |
| | | | Street | | | |
| | | | Chicago | IL | 60604 | |
| | | | City | State | ZIP Code | |

8. **Assignments and receivership**

 List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case

☑ **None**

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ **None**

---

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case**

☑ **None**

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ **None**

11.1

| **Addresses** | | $ |
|---|---|---|
| Street | | _____ |
| | | _____ |
| _____ _____ _____ | | |
| City         State         ZIP Code | | |
| **Email or website addresses** | | |
| _____ | | |
| **Who made the payment, if not debtor?** | | |
| _____ | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device. Do not include transfers already listed on this statement.

☑ **None**

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ **None**

---

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ **None**

| Address | | | Dates of occupancy | |
|---------|---|---|---|---|

14.1

| 5310 Beethoven St | | | From 1/19/1999 | To 7/31/2024 |
| Street | | | | |
| Los Angeles | CA | 90066 | | |
| City | State | ZIP Code | | |

14.2

| 300 Corporate Pointe, Ste 550 | | | From 7/1/2024 | To Present |
| Street | | | | |
| Culver City | CA | 90230 | | |
| City | State | ZIP Code | | |

---

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

--- diagnosing or treating injury, deformity, or disease, or

--- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ **None**

---

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No. Go to Part 9

☐ Yes. State the nature of the information collected and retained.

**Does the debtor have a privacy policy about that information?**

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

Has the plan been terminated?

☐ No.

☐ Yes.

---

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred? Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ **None**

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ **None**

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ **None**

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

21. **Property held for another**

☑ **None**

---

| **Part 12:** | **Details About Environmental Information** |
|---|---|

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

☐ **None**

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **25.1** DAI US HoldCo, Inc.<br>Name<br>300 Corporate Pointe<br>Street<br>Culver City  CA  90230<br>City  State  ZIP Code | Holding company | EIN: 87-3857616<br>**Dates business existed**<br>From  05/12/2021  To  Present |
| **25.2** Irwin Naturals Cannabis, Inc.<br>Name<br>123 West Nye Ln., Ste. 129<br>Street<br>Carson City  NV  89706<br>City  State  ZIP Code | IP Licensing Company | EIN: 87-4348603<br>**Dates business existed**<br>From  10/19/2021  To  Present |
| **25.3** Irwin Naturals<br>Name<br>300 Corporate Pointe<br>Street<br>Culver City  CA  90230<br>City  State  ZIP Code | Health and Wellness CPG Company | EIN: 45-0463960<br>**Dates business existed**<br>From  01/23/2002  To  Present |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ **None**

| 26a.1. | | | | | |
|---|---|---|---|---|---|
| **Name and address** | | | | **Dates of service** | |
| Sean Sand (CFO) | | | | From 11/01/2022 | To 03/08/2024 |
| Name | | | | | |
| 300 Corporate Pointe | | | | | |
| Street | | | | | |
| Culver City | CA | | 90230 | | |
| City | State | | ZIP Code | | |

| 26a.2. | | | | | |
|---|---|---|---|---|---|
| **Name and address** | | | | **Dates of service** | |
| Mark Green (CFO) | | | | From 03/08/2024 | To Present |
| Name | | | | | |
| 300 Corporate Pointe | | | | | |
| Street | | | | | |
| Culver City | CA | | 90230 | | |
| City | State | | ZIP Code | | |

| 26a.3. | | | | | |
|---|---|---|---|---|---|
| **Name and address** | | | | **Dates of service** | |
| Sari Irwin (Controller) | | | | From Unknown | To Present |
| Name | | | | | |
| 300 Corporate Pointe | | | | | |
| Street | | | | | |
| Culver City | CA | | 90230 | | |
| City | State | | ZIP Code | | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ **None**

| 26b.1. | | | | | |
|---|---|---|---|---|---|
| **Name and address** | | | | **Dates of service** | |
| Armanino | | | | From 08/31/2021 | To 11/22/2023 |
| Name | | | | | |
| 21650 Oxnard St., Suite 2400 | | | | | |
| Street | | | | | |
| Woodland Hills | CA | | 91367 | | |
| City | State | | ZIP Code | | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ **None**

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ **None**

| 26d.1. | | | |
|---|---|---|---|
| **Name and address** | | | |
| See attached Exhibit SOFA26d | | | |
| Name | | | |
| | | | |
| Street | | | |
| | | | |
| City | State | ZIP Code | |

27. **Inventories**

☑ No.

☐ Yes. Give the details about the two most recent inventories.

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Klee Irwin | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | CEO and Board Member | 100% of the Multiple Voting Shares |
| Lyle Maxson | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | Director | N/A |
| Luke Lokhorst | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | Director | N/A |
| Mark Green | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | CFO and Secretary | N/A |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No.
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Rod Kight | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | Director | From 09/13/2024 To 02/12/2024 |
| Sheri Orlowitz | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | Director | From 05/12/2023 To 02/14/2024 |
| Sean Sand | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | CFO and Secretary | From 11/02/2022 To 03/08/2024 |

30. **Payments, distributions, or withdrawals credited or given to insiders**

☐ No.
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**30.1**

See SOFA4

Name

Street

| City | State | ZIP Code |
|---|---|---|

**Relationship to debtor**

---

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No.

☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No.

☐ Yes. Identify below.

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct

Executed on        09/23/2024

MM / DD / YYYY

/s/ Klee Irwin                                        Printed name   Klee Irwin

Signature of individual signing on behalf of the debtor

Position or relationship to debtor        CEO

**Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?**

☐ No

☑ Yes

# STATEMENT OF FINANCIAL AFFAIRS

EXHIBIT
PART 2, QUESTION 3

CERTAIN PAYMENTS OR TRANSFERS TO CREDITORS
WITHIN 90 DAYS BEFORE FILING THIS CASE

**Irwin Naturals, Inc.**
**Case No. 24-11324**
**SOFA 3. Certain payments or transfers to creditors within 90 days before filing this case**

| Creditor's Name | Address | Date | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| JUAN CARLOS B AFABLE, BETH A NEVIUS | 20025 Southern Star Drive, Ft. Pierce, FL 34945 | 5/31/2024 | $160,000.00 | Settlement Payment |
| JUAN CARLOS B AFABLE, BETH A NEVIUS | 20025 Southern Star Drive, Ft. Pierce, FL 34945 | 6/28/2024 | $145,000.00 | Settlement Payment |
| JUAN CARLOS B AFABLE, BETH A NEVIUS | 20025 Southern Star Drive, Ft. Pierce, FL 34945 | 7/29/2024 | $125,000.00 | Settlement Payment |
| **JUAN CARLOS B AFABLE, BETH A NEVIUS Total** | | | **$430,000.00** | |
| WILDEBOER DELLELCE | 365 Bay Street, Ste 800 Toronto, ON M5H2V1 | 5/10/2024 | $5,000.00 | Legal Services |
| WILDEBOER DELLELCE | 365 Bay Street, Ste 800 Toronto, ON M5H2V1 | 5/31/2024 | $14,500.00 | Legal Services |
| WILDEBOER DELLELCE | 365 Bay Street, Ste 800 Toronto, ON M5H2V1 | 6/17/2024 | $28,500.00 | Legal Services |
| **WILDEBOER DELLELCE Total** | | | **$48,000.00** | |
| **Grand Total** | | | **$478,000.00** | |

# STATEMENT OF FINANCIAL AFFAIRS

EXHIBIT
PART 2, QUESTION 4

PAYMENTS OR OTHER TRANSFERS OF PROPERTY MADE
WITHIN 1 YEAR BEFORE FILING THIS CASE THAT
BENEFITTED ANY INSIDER

**Irwin Naturals, Inc.**
**Case No. 24-11324**

**SOFA 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider.**

| Creditor's Name | Address | Date | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 8/31/2023 | $49.00 | AX W32-TU-New Frontier Data |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 8/31/2023 | $45.82 | NB PR Taxes - IN NV/PUBCO 8/2023 |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 8/31/2023 | $556.59 | NB Medical Ins - IN NV/PUBCO 8/2023 |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 8/31/2023 | $11,650.00 | NB Consulting - IN NV/PUBCO 8/2023 |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 9/25/2023 | $1,500.00 | Fund Transfer - PubCo/Cannabis |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 9/30/2023 | $13.16 | NB Medical Ins - IN NV/PUBCO 9/2023 |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 9/30/2023 | $17,475.00 | NB Consulting - IN NV/PUBCO 9/2023 |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 9/30/2023 | $49.00 | AX W37-TU-New Frontier Data |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 9/30/2023 | $470.20 | AX W39-DC-UNITED ELECTRONIC TICKETNG |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 9/30/2023 | $274.20 | AX W39-DC-AMERICAN AIRLINES |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 9/30/2023 | $291.24 | AX W39-DC-Expedia |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 9/30/2023 | $245.11 | September Pending FedEx |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 9/30/2023 | $45,221.00 | Payroll Allocation IN NV to Cannabis |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 10/17/2023 | $3,500.00 | Cash Transfer to Cannabis |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 10/27/2023 | $5,000.00 | Cash Transfer to Cannabis |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 10/31/2023 | -$324.14 | NB PTO Accrual - IN NV/PUBCO 10/2023 |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 10/31/2023 | $37.16 | NB Medical Ins - IN NV/PUBCO 10/2023 |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 10/31/2023 | $1,120.77 | NB Travel - IN NV/PUBCO 10/2023 |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 10/31/2023 | $11,650.00 | NB Consulting - IN NV/PUBCO 10/2023 |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 10/31/2023 | $49.00 | AX W41-TU-New Frontier Data |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 10/31/2023 | $438.44 | AX W40-CD-NextDayFlyers.com |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 10/31/2023 | $294.00 | AX W40-CD-STICKERAPP.COM |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 10/31/2023 | $400.00 | AX W41-CD-FOODLAB.COM |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 10/31/2023 | $650.00 | AX W40-LW-NV SOS filing f-NV SOS SILVERFLUME |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 10/31/2023 | $16.25 | AX W40-LW-NV SOS processi-WF4NVSOSRFLMSERVICE FEE |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 10/31/2023 | $200.00 | Travel Reimbursement |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 10/31/2023 | $128.76 | Interco - Pymt from IN NV for Cannabis |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 11/1/2023 | $78.57 | A/P Invoices - 00FEDEX |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 11/1/2023 | -$78.57 | A/P Invoice - Cancellation - 00FEDEX |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 11/1/2023 | $47.79 | A/P Invoices - 00FEDEX |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 11/3/2023 | $19.09 | A/P Invoices - 00FEDEX |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 11/10/2023 | $7,009.30 | Cash Transfer to Cannabis - November 2023 |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 11/10/2023 | -$7,009.30 | Income Deposited to PUBCO for Cannabis |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 11/17/2023 | $12,000.00 | Cash Transfer to Cannabis - November 2023 |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 11/24/2023 | $11.69 | A/P Invoices - 00FEDEX |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 11/27/2023 | $193.14 | A/P Invoices - 00COMMBK |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 11/30/2023 | $37.16 | NB Medical Ins - IN NV/PUBCO 11/2023 |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 11/30/2023 | $13,820.06 | NB Consulting - IN NV/PUBCO 11/2023 |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 11/30/2023 | $49.00 | AX W46-TU-New Frontier Data |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 11/30/2023 | $271.62 | Travel Reimbursement |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 11/30/2023 | $134.46 | Travel Reimbursement |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 11/30/2023 | $994.39 | Travel Reimbursement |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 12/31/2023 | $49.00 | AX W50-TU-cannabis indust-New Frontier Data |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 12/31/2023 | $154.55 | Travel Reimbursement |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 12/31/2023 | $149.89 | Travel Reimbursement |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 12/31/2023 | $241.89 | Travel Reimbursement |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 12/31/2023 | $188.36 | AX W50-DC-Hotel-D Swinney-Expedia |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 12/31/2023 | $37.16 | NB Medical Ins - IN NV/PUBCO 12/2023 |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 12/31/2023 | $5,825.00 | NB Consulting - IN NV/PUBCO 12/2023 |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 12/31/2023 | $238.94 | InterCo - IN NV/PUBCO Enterprise |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 1/31/2024 | $49.00 | AX W2-TU-cannabis indust-New Frontier Data |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 1/31/2024 | $449.97 | Travel Reimbursement |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 1/31/2024 | $111.50 | Travel Reimbursement |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 1/31/2024 | $126.84 | Travel Reimbursement |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 2/7/2024 | -$1,776.00 | INC PAYMENT FROM THE HIVE |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 2/23/2024 | -$11,826.97 | Incoming Cash for IN Cannabis |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 2/29/2024 | $49.00 | AX W7-TU-cannabis indust-New Frontier Data |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 3/15/2024 | -$600.00 | PAYMENT FOR THE HIVE |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 3/31/2024 | $49.00 | AX W11-TU-cannabis indust-New Frontier Data |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 3/31/2024 | $74.32 | NB Medical Ins - IN NV/PUBCO Q1.2024 |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 3/31/2024 | $32,999.61 | NB Consulting - IN NV/PUBCO Q1.2024 |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 4/26/2024 | -$25,564.58 | Incoming Cash for IN Cannabis |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 4/30/2024 | $49.00 | Interco - AX TU82524-NEW FRONTIER |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 4/30/2024 | $18,963.14 | Interco - NB Consulting - IN NV/PUBCO 04.2024 |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 5/17/2024 | -$10,952.80 | Incoming Cash for IN Cannabis |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 5/23/2024 | $2,000.00 | Outgoing Payments - 16112-00-000-000 |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 5/31/2024 | $6,033.33 | A/P Invoice - 00DEASWIN - 05/16-24/05/31/24 |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 5/31/2024 | $49.00 | AX W11-TU-cannabis indust-New Frontier Data |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 5/31/2024 | $6,033.33 | NB Consulting - IN NV/PUBCO 05.2024 |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 6/14/2024 | -$14,417.12 | Incoming Payments - ENTOURUS |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 6/15/2024 | $6,033.33 | A/P Invoice - 00DEASWIN - 06/01/24-06/15/24 |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 6/28/2024 | $6,033.33 | A/P Invoice - 00DEASWIN - 06/15/24-06/30/24 |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 7/1/2024 | $49.00 | AMX - Merchandise & Supplies-Computer Supplies |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 7/15/2024 | $6,033.33 | A/P Invoice - 00DEASWIN - 07/01/24-07/15/24 |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 7/31/2024 | $475.00 | HHS Cannabis regulate |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 7/31/2024 | -$500.00 | Refund-Hemp Govt Services |
| Irwin Naturals Cannabis, Inc. | 123 West Nye Ln. Suite 129, Carson City, NV 89706 | 8/8/2024 | -$11,347.98 | Incoming Payments - ENTOURUS |
| **Irwin Naturals Cannabis, Inc. Total** | | | **$144,139.33** | |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 9/3/2024 | -$477.20 | Outgoing Payments - 00BROADR |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 4/2/2024 | $11,000.00 | Cash transfer to Emergence |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/3/2024 | $174,604.59 | Outgoing Payments - 16115-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/3/2024 | -$174,604.59 | Reverse Entry for Payment No. 192 |

**Irwin Naturals, Inc.**
**Case No. 24-11324**
**SOFA 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider.**

| Creditor's Name | Address | Date | Total Amount or Value | Reasons for Payment or Transfer |
|---|---|---|---|---|
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/3/2024 | $175,000.00 | Outgoing Payments - 16115-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 5/31/2024 | $160,000.00 | Outgoing Payments - 16115-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 6/28/2024 | $145,000.00 | Outgoing Payments - 16115-00-000-000 |
| Irwin Naturals Emergence, Inc | 300 Corporate Pointe, Ste 550, Culver City, CA 90230 | 7/29/2024 | $125,000.00 | Outgoing Payments - 16115-00-000-000 |
| **Irwin Naturals Emergence, Inc Total** | | | **$615,522.80** | |
| **Grand Total** | | | **$759,662.13** | |

# STATEMENT OF FINANCIAL AFFAIRS

## EXHIBIT
## PART 13, QUESTION 26d

ALL FINANCIAL INSTITUTIONS, CREDITORS, AND OTHER
PARTIES, INCLUDING MERCANTILE AND TRADE
AGENCIES, TO WHOM THE DEBTOR ISSUED A
FINANCIAL STATEMENT WITHIN 2 YEARS BEFORE
FILING THIS CASE

**Irwin Naturals, *et al.***

**Case No. 24-11323**

**SOFA 26d: List all financial institutions, creditors, and other parties including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.**

| Name | Street Address | City, State Zip |
|---|---|---|
| Two Seas Capital | 32 Elm Place, 3rd Floor | Rye, NY 10580 |
| Marula Capital | 1901 Avenue of the Stars, Suite 200 | Los Angeles, CA 90067 |
| Highmont group | 144B 16 St W | North Vancouver, British Columbia V7M1T5 |
| Candlewood partners | 600 Superior Ave E Ste 1800 | Cleveland, OH 44114 |
| EMC Financial | 475 Washington Blvd #7 | Marina Del Rey, CA 90292-5287 |
| East West Bank, as agent | 135 N. Los Robles Ave, Ste 100 | Pasadena, CA 91101 |
| Hum Capital | 228 Park Ave S, Pmb 44954 | New York, NY 10003-1502 |
| Intrepid | 11755 Wilshire Blvd., 22nd Floor | Los Angeles, CA 90025 |
| JMB Capital | 205 S Martel Ave | Los Angeles, CA 90036 |
| US Capital | 1 Ferry Building, Suite 201 | San Francisco, CA 94111 |
| Lendzi | 10000 Washington Blvd | Culver City, CA 90232 |
| Gaia Filling and Packing | 7625 Rosecrans Ave | Paramount, CA 90723-2515 |
| City National Bank | 350 South Grand Avenue, Suite 100 | Los Angeles, CA 90071 |
| Eclipse Business Capital | 333 W Wacker Dr | Chicago, IL 60606 |
| Mercatus Finance | 2500 Westchester Avenue, Suite 401 | Purchase, NY 10577 |
| Leyster Capital | 145 W 28th St, 3rd floor | New York, NY 10001 |
| Advanced Energy Capital | 838 Andy Street Lane | Madison, NJ 08003 |
| Alterna Capital Solutions | 2420 Lakemont Avenue, Suite 350 | Orlando, FL 32814 |
| Ares | 2000 Av of the Stars 12th Floor | Los Angeles, CA 90067 |
| FGI Finance | 410 Park Avenue, Suite 920 | New York, NY 10022 |
| Gordon brothers | 101 Huntington Ave Suite 1100 | Boston, MA 02199 |
| MidCap Financial | 10880 Wilshire Blvd | Los Angeles, CA 90024 |
| Wise Ventures / Caliber / Mehdi Vakil | 200 Spectrum Center Dr | Irvine, CA 92618 |
| Balance Point Capital | 285 Riverside Ave | Westport, CT 06880 |
| Decathlon Capital | 1441 Ute Blvd, Ste 240 | Park City, UT 84098 |
| Phoenix Merchant Partners | 615 N 48th St | Phoenix, AZ 85008 |
| Prospect Capital | 10 E 40th St Ste 42 | New York, NY 10016 |
| Oberon Securities | 445 Park Ave., Fourth Floor | New York, NY 10022 |
| BDT & MSD Partners | 1 Vanderbilt Ave Ste 26 | New York, NY 10017 |
| Legacy Corp Lending | 5717 Legacy Drive, Suite 250 | Plano, TX 75024 |
| Gibraltar Business Capital | 400 Skokie Blvd, Ste 375 | Northbrook, IL 60062 |
| Bill Johnson | 17480 Revello Dr | Pacific Palisades, CA 90272 |
| Sheri Orlowitz | 1325 Snell Isle Blvd NE #906 | St. Petersburg, FL 33704 |
| Siena Lending Group | 9 W Broad St | Stamford, CT 06902 |
| Whitehorse Capital | 12100 Wilshire Blvd, Ste 1625 | Los Angeles, CA 90025 |
| Main Street Capital | 1010 Wilshire Blvd Ste 807 | Los Angeles, CA 90017 |
| Ghost Tree Partners | 18952 MacArthur Blvd., Suite 100 | Irvine, CA 92612 |
| White Oak Global | 7284 W. Palmetto Park Rd., Suite 101 | Boca Raton, FL 33433 |
| Energy Impact Partners | 600 3rd Ave | New York, NY 10016 |
| Edge Capital Lending | 1 Belmont Ave, Ste 630 | Bala Cynwyd, PA 19004 |
| Keystone National Group | 5000 Executive Pkwy, Ste 445 | San Ramon, CA 94583 |
| Karney Properties | 1447 Cloverfield Blvd, Ste 200 | Santa Monica, CA 90404 |
| Canaccord Genuity | 888 7th Ave. | New York, NY 10106 |
| NY Tribeca Group | 40 Wall St, 43rd Floor | New York, NY 10005 |
| Premier Merchant Funding US | 55 Water Street | New York, NY 10004 |